# EXHIBIT A

**DUSTIN THOMPSON**
**Loss Amounts by Property**

Prepared by
Speical Agent Park, IRS-CI

| Purchase Recording Date | Trustee Sale Date | Property Address | Buyer | Seller | Purchase Price | Cash Back to BHFC/Thompson | 1st Lien Holder Total Unpaid Debt | Foreclosure Sales Price | Loss Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/06 | 01/18/08 | XXXXX Golf Crest Road, Anthem | Dustin Thompson | Sean McLaughlin | 510,000.00 | 39,685.26 | 417,000.00 | 328,950.00 | 88,050.00 |
| 04/27/07 | 06/19/08 | XXXX4 S Hadrian Way, Queen Creek | Dustin Thompson | Desert Sky Development LLC | 750,000.00 | - | 504,059.00 | 504,059.00 | - |
| 06/08/07 | 06/19/08 | XXXX1 S Hadrian  Way, Queen Creek | Dustin Thompson | Steven Goff | 600,000.00 | - | 600,000.00 | 239,625.00 | 360,375.00 |
| 11/30/05 | 03/21/08 | XXXXX N. Whistling Strait Court, Anthem | Dustin Thompson | Sean McLaughlin | 875,000.00 | 65,526.06 | 875,000.00 | 782,491.25 | 92,508.75 |
| 03/21/06 | 06/23/09 | XXXX E Minnezona Ave, Scottsdale | Dustin Thompson | Sean McLaughlin | 390,000.00 | - | 432,964.04 | 430,471.58 | 2,492.46 |
| 08/10/06 | 12/03/07 | XXXX E. 3rd Ave. #406, Scottsdale | Don Huth | Judith Gausman | 665,000.00 | - | 694,755.84 | 491,591.25 | 203,164.59 |
| 08/08/06 | 01/11/08 | XXXX E. 3rd Ave. #105, Scottsdale | Don Huth | Adam Valente | 950,000.00 | 83,000.00 | 807,428.78 | 631,000.00 | 176,428.78 |
| 01/24/07 | 02/14/08 | XXXX E Shea Blvd, Scottsdale | Don Huth | Marty Wilson | 1,470,000.00 | 257,939.39 | 1,063,914.04 | 697,500.00 | 366,414.04 |
| 09/06/06 | 12/14/07 | XXXX E. 3rd Ave., #317, Scottsdale | Hannah Davies | Sarah Skjeldstad | 835,000.00 | 155,000.00 | 835,000.00 | 615,868.36 | 219,131.64 |
| 03/19/07 | 01/25/08 | XXXX E. 3rd Ave., #408, Scottsdale | Hannah Davies | Shirly Ang | 798,400.00 | 48,213.48 | 875,892.43 | 401,000.00 | 474,892.43 |
| 04/27/06 | 02/01/08 | XXXX E. 3rd Ave. #106, Scottsdale | Jason Prilling | Robert Filotei | 685,000.00 | - | 504,000.00 | 315,000.00 | 189,000.00 |
| 06/21/06 | 01/21/09 | XXX N Lake View Blvd # 20, Chandler | Jason Prilling | Kenyon Cantino | 450,000.00 | - | 360,000.00 | 177,130.00 | 182,870.00 |
| 12/11/06 | 01/15/09 | XXXXX W Robin Ln, Peoria | Jason Prilling | Engle/Sunbelt LLC | 297,890.00 | - | 258,620.00 | 161,500.00 | 97,120.00 |
| 01/31/06 | N/A | XXXX S. Star Canyon Drive, Gilbert | Julie Thompson | Kelly/Meekyung Pak | 739,000.00 | 50,000.00 | - | - | - |
| 01/15/06 | 01/16/08 | XXXX E. 3rd Ave, #316, Scottsdale | Julie Thompson | Sean McLaughlin | 850,000.00 | - | 851,467.34 | 286,000.00 | 565,467.34 |
| 04/25/06 | 06/09/08 | XXXX E. 3rd Ave, #221, Scottsdale | Michael Thompson | Tommy Constantine | 670,000.00 | - | 591,549.28 | 471,603.87 | 119,945.41 |
| 05/25/06 | 04/04/08 | XXXXX N. Club Pointe Dr, Phoenix | Michael Thompson | Sean McLaughlin | 1,100,000.00 | 100,000.00 | 880,000.00 | 610,474.85 | 269,525.15 |
| 02/14/07 | 02/25/08 | XXXX S Los Gatos Ln, Higley | Rane Thompson | Randell Martin Homes | 394,908.00 | - | 375,162.00 | 267,132.84 | 108,029.16 |
| 01/18/06 | 01/25/06 | XXXX E Camellia Dr, Gilbert | Rane Thompson | Dustin Thompson | 242,400.00 | - | 242,400.00 | 170,000.00 | 72,400.00 |
| 04/18/06 | 01/16/08 | XXXX E. 3rd Ave, #121, Scottsdale | Rane Thompson | Privateer Properties LLC | 900,000.00 | 250,898.62 | 761,607.05 | 420,750.00 | 340,857.05 |
| 03/09/07 | 01/22/08 | XXXX E. 3rd Ave, #216, Scottsdale | Rane Thompson | Sean McLaughlin | 850,000.00 | 30,000.00 | 829,092.65 | 829,092.65 | - |
| 05/08/06 | N/A | XXXX N. 75th Way, Scottsdale | Vicki Thompson | Douglas Diggins/ Carol White | 499,000.00 | 88,472.08 | - | - | - |
| 06/02/06 | N/A | XXXX E. Highland Ave., Scottsdale | Vicki Thompson | Michael Campbell | 480,000.00 | 87,448.32 | - | - | - |
| 01/22/07 | 02/13/08 | XXXX E. 3rd Ave, #117, Scottsdale | Vicki Thompson | Ducamond Chataigne | 900,000.00 | 29,371.16 | 765,436.13 | 450,000.00 | 315,436.13 |

24 Transactions                              Total Cash Back to BHFC/Thompson:  1,245,869.11                    Total Loss:  $ 4,156,057.93