# EXHIBIT B

| District of Arizona - Cash Back Mortgage Fraud Convictions 2008-2011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT (last name, first name) | CR # | NUMBER OF PROPERTIES | LOSS AMOUNT[1] | ROLE | CRIMINAL HISTORY CATEGORY | 5K1.1 DEPARTURE (Yes or No) | Plea Agreement (Yes or No) | SENTENCE |
| Sharpe, Lutrell | CR-07-00544-PHX-ROS | 6 | Stipulated $400,000 to $1,000,000 | Investor/Leader | IV | No | Y | 88 months BOP |
| Bowens, Micah | CR-07-00544-PHX-ROS | 12 | $920,910.28 | Investor/Leader | III | No | Y | 44 months BOP |
| Sellers, Jennifer | CR-07-00544-PHX-ROS | 19 | $1,753,346.49 | Real Estate Agent | I | No | Y | 24 months BOP |
| Dozzell, Marcus | CR-07-00544-PHX-ROS | 12 | $2,526,385.39 | Investor | I | No | Y | 44 months BOP |
| Love, Alonzo | CR-07-00544-PHX-ROS | 3 | $354,782.22 | Investor | III | No | Y | 14 months BOP |
| Bernadel, Mario | CR-08-00256-PHX-SMM | 19 | $9,440,914.00 | Investor/Leader | II | No | N (trial) | 200 months BOP |
| Lucero, April | CR-08-00256-PHX-SMM | 21 | $7,043,640.00 | Loan Officer/Leader | I | Yes | Y | 24 months BOP |
| Adorno, Amanda | CR-08-00256-PHX-SMM | 37 | Stipulated $1,000,000 to $2,500,000 | Loan Officer | I | Yes (testified) | Y | 5 yrs supervised release |
| Bartlemus, Christopher | CR-08-00256-PHX-SMM | 37 | $8,769,914.00 | Escrow Officer | I | Yes (testified) | Y | 1 month BOP |
| Branch, Marcos | CR-08-00256-PHX-SMM | 4 | $1,820,000.00 | Loan Officer | I | Yes (testified) | Y | 5 yrs supervised release |
| Parrish, Brittany | CR-08-00256-PHX-SMM | 4 | $829,500.00 | Loan Officer | I | Yes | Y | 5 yrs supervised release |
| Guzman, Fabian | CR-08-00598-PHX-JAT | 4 | $997,000.00 | Loan Officer | I | Yes | Y | 14 months BOP |
| Olson, Carl | CR-08-00598-PHX-JAT | 6 | $3,308,500.00 | Accountant | II | Yes | Y | 5 yrs supervised release |
| Benjamin, Andrew | CR-08-00598-PHX-JAT | 3 | $794,100.00 | Loan Officer | I | Yes | Y | 5 yrs supervised release |
| Pirwitz, Christopher | CR-08-00598-PHX-JAT | 3 | $1,244,000.00 | Loan Officer | I | Yes | Y | 5 yrs supervised release |
| Valdez, Ana | CR-08-00598-PHX-JAT | 2 | $906,500.00 | Straw Buyer | I | No | Y | 14 months BOP |
| Crandell, Jeffrey | CR-08-00255-PHX-GMS | 12 | $1,648,359.00 | Loan Officer/Leader | I | No | Y | 64 months BOP |
| Whitman, Jake | CR-08-00255-PHX-GMS | 10 | $2,193,272.00 | Loan Officer/Leader | I | Yes | Y | 10 months BOP |
| Leastman, Erin | CR-08-00255-PHX-GMS | 19 | $3,292,101.00 | Escrow Officer | I | Yes | Y | 5 yrs supervised release |
| Crum, Fred | CR-08-00255-PHX-GMS | 3 | $578,843.00 | Loan Officer | I | Yes | Y | 4 months BOP |
| Babeti, Gheorghe | CR-08-00612-PHX-NVW | 10 | $2,285,722.00 | Straw Buyer | I | No | Y | 14 months BOP |
| Azadegan, Brandon | CR-08-00612-PHX-NVW | 4 | $1,189,350.00 | Investor | III | Yes | Y | 18 months BOP |
| Swallows, Natasha | CR-08-00612-PHX-NVW | 6 | $3,670,000.00 | Real Estate Agent | I | Yes | Y | 2 yrs probation |
| Dobos, Samuel | CR-08-00612-PHX-NVW | 25 | $6,659,540.00 | Investor | III | Yes | Y | 27 months BOP |
| Dobos, Georgiana | CR-08-00612-PHX-NVW | 25 | $6,659,540.00 | Real Estate Agent | I | Yes | Y | 27 months BOP |
| Zebarth, Catherine | CR-08-00612-PHX-NVW | 6 | $1,185,200.00 | Loan Officer | I | Yes (testified) | Y | 2 yrs supervised release |
| Mejia, Christina | CR-08-00612-PHX-NVW | 6 | $3,485,668.00 | Escrow Officer | I | Yes (testified) | Y | 2 yrs probation |
| Irimiciuc, Dorel | CR-08-00612-PHX-NVW | 2 | $669,500.00 | Straw Buyer | I | Yes (testified) | Y | 2 yrs probation |
| Fife, Roy | CR-08-00744-TUC-CKJ | 17 | $3,400,000.00 | Realtor | II | Yes | Y | 30 months BOP |
| Nero, Chris | CR-08-00744-TUC-CKJ | 17 | $3,600,000.00 | Facilitator | III | No | Y | 58 months BOP |
| Rotari, Doru | CR-09-01171-PHX-SRB | 3 | Stipulated $200,000 to $400,000 | Investor | II | Yes | Y | 18 months BOP |